Ostenson, Respondent, vs. Lakeway Supply Company, Appellant.

For the appellant: *Hanitch, Hartley, Johnson & Fritschler* of Superior.

For the respondent: *Tipton & Saroka* of Superior, attorneys, and *Hugh J. McClearn* of Duluth, Minnesota, of counsel.

*By the Court.*—Judgment affirmed.

Rosenberg and another, Respondents, vs. McGinn, Appellant.

For the appellant: *Earl H. Jacobs,* attorney, and *T. P. Silverwood* of counsel, both of Green Bay.

For the respondents: *Kittell, Jaseph, Young & Everson,* attorneys, and *Lynn D. Jaseph* of counsel, all of Green Bay.

*By the Court.*—Judgment affirmed.

Luetten and another, Appellants, vs. Burlington Silver Black Fox Farm and others, Respondents.

For the appellants: *E. J. Boyle* of Burlington and *Weisman & Jorgensen* of Racine.

For the respondents: *Nettie E. Karcher* of Burlington, attorney, and *Whaley & Paulsen* of Racine of counsel.

*By the Court.*—Judgment affirmed.